```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
GOLDEN GOOSE DELUXE BRAND,                                 :
                                                           :
                        Plaintiff,                         :
                                                           :      19-cv-2521 (VSB)
            -against-                                      :
                                                           :        ORDER
AADCT OFFICIAL STORE, et al.,                              :
                                                           :
                        Defendants.                        :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's letter dated November 18, 2020 requesting that I release the Twenty-Five Thousand U.S. Dollars ($25,000.00) security bond ("Security Bond") that Plaintiff submitted in connection with this case.  On March 22, 2019, I directed Plaintiff to deposit the Security Bond with the Court. (Doc. 17.)  On April 16, 2019, I issued a Preliminary Injunction against Defendants and ordered that the Security Bond remain with the Court until a final disposition of the case or until the Order was terminated.  (Doc. 24.)  I entered a Default Judgment and Permanent Injunction against the defaulting Defendants on October 21, 2020. (Doc. 71.)  On October 22, 2020, the case was terminated.  Accordingly, it is hereby:

      ORDERED that the Clerk of Court release the Security Bond to counsel for Plaintiff, Epstein Drangel, LLP, 60 East 42nd Street, Suite 2520, New York, NY 10165.

SO ORDERED.

Dated:  November 21, 2020
          New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge